# United States District Court, Northern District of Illinois

/HHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 9 C 981 | **DATE** | 4/30/2009 |
| **CASE TITLE** | Central States et al vs. Timme, Inc. | | |

### DOCKET ENTRY TEXT

Enter judgment order. Judgment is entered in favor of the plaintiff, Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, and against defendants, timme, Inc. In the total amount of $507,941.09.

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|