RECEIVED
APR 2 4 2009
WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and HOWARD McDOUGALL, as Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>TIMME, INC., a Wisconsin corporation,<br><br>Defendant. | Case No. 09 CV 981<br><br>Judge Andersen<br><br>Magistrate Judge Ashman |

## JUDGMENT ORDER

THIS MATTER comes to be heard on a motion for default judgment brought by Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee; Defendant Timme, Inc., a Wisconsin corporation, has been duly served with process and having failed to timely answer, plead or appear, and therefore being in default; the Court having reviewed Plaintiffs' motion and supporting affidavits, finding them to be adequate, and having been fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

(a)  Plaintiffs' motion is GRANTED.

(b)  Pursuant to 29 U.S.C. §1132(g)(2), Plaintiffs shall have and recover judgment from and against Defendant in the total amount of $507,941.09. This amount consists of: $413,513.95 in withdrawal liability principal; $9,304.05 in interest through April 30, 2009; $82,702.79 in liquidated damages; $1,969.50 in attorneys' fees; and $450.80 in costs.

(c)  Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, and shall be compounded annually.

ENTER: _____
United States District Judge

Dated: April 30, 2009
4-30-2009